ACCEPTED
15-25-00024-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/25/2025 4:54 PM
CHRISTOPHER A. PRINE
CLERK

Cause No. 15-25-00024-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/25/2025 4:54:12 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE FIFTEENTH COURT OF APPEALS AT AUSTIN, TEXAS

**MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION; and LA VILLA INDEPENDENT SCHOOL DISTRICT,**

*Appellants,*

v.

**DR. PAZ ELIZONDO,**

*Appellee.*

---

## APPELLANT MORATH'S NOTICE OF CHANGE IN ATTORNEY-IN-CHARGE

---

Pursuant to Texas Rule of Civil Procedure 8, Appellant, Mike Morath, Texas Commissioner of Education, by and through his counsel of record, files this Notice of Designation of New Attorney-In-Charge. Appellant Morath's attorney-in-charge was Assistant Attorney General Karen L. Watkins. Appellant Morath now designates Assistant Attorney General Alexander R. Comsudi as his attorney-in-charge. Going forward, Mr. Comsudi is responsible for this suit and shall be the attorney to receive all communications from the Court and other parties, at the address indicated below. Notice of this designation has been provided to

all other parties, as required by Texas Rule of Civil Procedure 21(a).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

ERNEST C. GARCIA
Chief, Administrative Law Division

*/s/ Alexander R. Comsudi*
ALEXANDER R. COMSUDI
State Bar No. 24087006
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3204
Facsimile: (512) 320-0167
Alexanderraymond.Comsudi@oag.texas.gov

ATTORNEYS FOR APPELLANT MIKE MORATH, TEXAS COMMISSIONER OF EDUCATION

## CERTIFICATE OF SERVICE

I certify that on September 25, 2025 a true and correct copy of the foregoing document has been served via electronic service and/or email to the following:

RUBEN R. PEÑA
State Bar No. 15740900
LAW OFFICES OF RUBEN R. PEÑA, P.C.
222 W. Harrison, Suite B
Harlingen, Texas 78550
Tel.:   (956) 496-2060
ruben@rubenpenalaw.com
**Counsel for Appellee**
**Dr. Paz Elizondo**

JOHAN HOLTER
State Bar No. 24106107
KRISTI GODDEN
State Bar No. 24079577
DAVID CAMPBELL
State Bar No. 24057033
EDEN RAMIREZ
State Bar No. 24112355
O'HANLON, DEMERATH & CASTILLO
808 West Avenue
Austin, Texas 78701
Tel.:   (512) 494-9949
Fax:   (512) 494-9919
jholter@808west.com
kgodden@808west.com
dcampbell@808west.com
eramirez@808west.com
**Counsel for Appellant**
**La Villa Independent**
**School District**

*/s/ Alexander R. Comsudi*
ALEXANDER R. COMSUDI
Assistant Attorney General

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Holly Dudrick on behalf of Alexander Comsudi
Bar No. 24087006
holly.dudrick@oag.texas.gov
Envelope ID: 106101623
Filing Code Description: Other Document
Filing Description: 2025 0925  Notice of Change in Attorney in Charge
Status as of 9/25/2025 5:03 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ruben Pena | 15740900 | ruben@rubenpenalaw.com | 9/25/2025 4:54:12 PM | SENT |
| Kristy Alonzo | | kalonzo@thompsonhorton.com | 9/25/2025 4:54:12 PM | SENT |
| David J.Campbell | | dcampbell@thompsonhorton.com | 9/25/2025 4:54:12 PM | SENT |
| Kate French | | kfrench@thompsonhorton.com | 9/25/2025 4:54:12 PM | SENT |
| Alexander RaymondComsudi | | Alexanderraymond.Comsudi@oag.texas.gov | 9/25/2025 4:54:12 PM | SENT |
| Holly Dudrick | | holly.dudrick@oag.texas.gov | 9/25/2025 4:54:12 PM | SENT |